UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
MIDDLE DIST. OF LA
2009 JAN 29 P 3: 15

BY DEPUTY CLERK

JAMES GERMALIC

VERSUS                                              CIVIL ACTION

SECRETARY OF STATE, ET AL                           NO. 08-689-JVP-DLD

## RULING

This matter is before the court on an unopposed "motion to expedite case" by plaintiff, James Germalic (doc. 2). Having reviewed the record, the motion is hereby **DENIED**.

Baton Rouge, Louisiana, January 29, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA